UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br> v.<br><br>DOVER TANK & PLATE CO.,<br>a/k/a DT&P,<br><br>   Defendant. | Case No. 09-cv-805-JPG |

### MEMORANDUM & ORDER

  This matter comes before the Court on the Government's Motion to Dismiss (Doc. 3). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff has an absolute right to dismiss an action without a court order at any time before service by an adverse party of an answer or of a motion for summary judgment, whichever first occurs.  The defendant had not yet filed an answer or motion for summary judgment in this case.  The Court therefore **CONSTRUES** the instant motion (Doc. 3) **as a Notice of Dismissal** and finds that all claims of the Government against Defendant Dover Tank & Plate Co. **DISMISSED without prejudice**. The Court **DIRECTS** the Clerk of Court to enter judgment accordingly.

**IT IS SO ORDERED.**
**DATED: November 6, 2009**

                     s/ J. Phil Gilbert
                     **J. PHIL GILBERT**
                     **DISTRICT JUDGE**