UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DOVER TANK & PLATE CO.,<br>a/k/a DT&P,<br><br>    Defendant. | Case No. 09-cv-805-JPG |

## JUDGMENT

This matter having come before the Court, and the Government having filed a notice of dismissal without prejudice,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

**NANCY J. ROSENSTENGEL**

**By:s/Deborah Agans, Deputy Clerk**

**Dated: November 6, 2009**

**Approved:**   s/ J. Phil Gilbert
       **J. PHIL GILBERT**
       **DISTRICT JUDGE**